IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY Z. MITTMAN, individually and as parent and natural guardian of JACOB MITTMAN, a minor,<br><br>*Plaintiffs,*<br>v.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 16-04658 |

## **ORDER**

**AND NOW**, this 10th day of April, 2017, upon consideration of Nationwide's Motion to Dismiss Count III (ECF No. 6), and Plaintiff Mittman's Response (ECF No. 7), it is hereby **ORDERED** that:

1. Nationwide's motion is **GRANTED**;

2. Count III of Mittman's Complaint is **DISMISSED without prejudice**;

3. Mittman shall file an amended complaint consistent with this opinion on or before **May 12, 2017**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.